UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG - 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. |
| TERRELL HARROLD and THOMAS PERRY, | ) **4:19CR00627 SNLJ/SPM** |
| Defendants. | ) |

## INDICTMENT

### COUNT 1
### (Sex Trafficking of Children)

The Grand Jury charges that:

On or about July 20, 2019, within the Eastern District of Missouri, the defendants,

**TERRELL HARROLD, and**
**THOMAS PERRY,**

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: "Victim 1," knowing that force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, and knowing that the person had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(1) and Title 18, United States Code, Section 1594(a) and (c).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS
Assistant United States Attorney